1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ISAAC TIETJEN,                              No.  2:20-CV-2065-DMC

12              Plaintiff,

13        v.                                     ORDER

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                Defendant.
16

17

18              Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On

20   December 23, 2020, the Court directed Plaintiff to show cause in writing why this action should

21   not be dismissed for failure to submit service documents to the United States Marshal.  See ECF

22   No. 6.  A review of the docket reflects that summons was returned executed on December 28,

23   2020.  See ECF No. 7.  The December 23, 2020, order to show cause is discharged.

24              IT IS SO ORDERED.

25   Dated:  December 30, 2020

26                                               _____

27                                               DENNIS M. COTA
                                                 UNITED STATES MAGISTRATE JUDGE
28

                                                 1