| | |
|---|---|
| 1 | Jared Walker (SB#269029) |
| 2 | P.O. Box 1777<br>Orangevale, CA 95662 |
| 3 | T: (916) 476-5044<br>F: (916) 476-5064 |
| 4 | jared@jwalker.law |
| 5 | Attorney for Plaintiff, |
| 6 | ISAAC TIETJEN |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC TIETJEN, | Case No.: 2:20-cv-02065-DMC |
| Plaintiff, | |
| v. | STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty (30) days, from the original deadline, such that Plaintiff's new deadline, with the Court's approval, will be August 11, 2021.  This is Plaintiff's first request for an extension of time.  Plaintiff needs additional time to file his motion for summary judgment due to Plaintiff's counsel's conflicting deadlines in other matters and length of this administrative record.  With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: July 9, 2021                                        Respectfully submitted,


                                                           /s/ *Jared T. Walker*
                                                           Jared T. Walker,
                                                           Attorney for Plaintiff

SO STIPULATED:

          PHILLIP A. TALBERT
          Acting United States Attorney

Dated: July 9, 2021      By:    /s/ *Allison J. Cheung
          (*authorized by email on 7/09/2021)
          Allison J. Cheung
          Special Assistant United States Attorney
          Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  July 19, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF