PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (510) 970-4811
    Facsimile: (415) 744-0134
E-mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ISSAC TIETJEN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:20-cv-02065-DMC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 45-day extension of time, from September 15, 2021 to November 1, 2021, for Defendant to respond to Plaintiff's motion for summary judgment (Dkt. No. 18).

/ / /

/ / /

/ / /

Stip. to Extend Time & Prop. Order; 2:20-cv-02065-DMC

This is Defendant's first request for an extension of time. In support of this request, the Commissioner respectfully states the following:

1. Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

2. Defendant's response to Plaintiff's opening brief is currently due September 15, 2021. Defendant has not previously requested an extension of time for this deadline.

3. The Region IX Office currently handles all district and circuit court litigation involving the Social Security program arising in Arizona, California, Hawai'i, Nevada, and Guam.

4. The Region IX Office employs 47 staff attorneys, of whom 27 handle civil litigation involving the Social Security program in these eight assigned jurisdictions, at least part-time. Between July 15, 2021, and August 14, 2021, the Region IX Office had 247 district court briefs due in the jurisdictions it handles. In addition, the Region IX Office had five appellate cases requiring briefing before the United States Court of Appeals for the Ninth Circuit during that period.

5. In addition to this "program" litigation, the 27 staff attorneys in the Region IX Office maintain other workload responsibilities, with most of them dedicating 40 percent or more of their time to these workloads. The Region IX Office provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories. These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, torts, property, and contracts.

6. The undersigned attorney has ten briefs due in district court cases over the next month. This number is expected to increase in the next week, with more Plaintiff's briefs to be filed. In addition to cases in the active briefing stage, the undersigned must also allocate time to

Stip. to Extend Time & Prop. Order; 2:20-cv-02065-DMC

2

work on cases in other stages of litigation.  Since Plaintiff's opening brief was filed, the undersigned has worked on over 25 district court cases at varying stages of litigation.  Counsel is also responsible for other substantive non-litigation matters in the Region IX Office.

7. Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of September, 2021.  Therefore, Defendant seeks an extension of 45 days, until November 1, 2021, to respond to Plaintiff's motion.

8. This request is made in good faith and is not intended to delay the proceedings in this matter.

9. On September 8, 2021, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

WHEREFORE, Defendant requests until November 1, 2021, to respond to Plaintiff's motion.  The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Respectfully submitted,

Dated:  September 8, 2021

*/s/ Jared Walker\**  
(*as authorized via email on September 8, 2021)  
JARED WALKER  
Attorney for Plaintiff

Dated:  September 8, 2021  PHILLIP A. TALBERT  
Acting United States Attorney  
DEBORAH LEE STACHEL  
Regional Chief Counsel, Region IX  
Social Security Administration

By:   */s/ Allison J. Cheung*  
ALLISON J. CHEUNG  
Special Assistant U.S. Attorney  
Attorneys for Defendant

Stip. to Extend Time & Prop. Order; 2:20-cv-02065-DMC

<u>ORDER</u>

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  September 9, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Time & Prop. Order; 2:20-cv-02065-DMC

4