1

2

3

4

5

6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  ISAAC TIETJEN,                                     No. 2:20-CV-2065-DMC

12                  Plaintiff,

13          v.                                         ORDER

14  COMMISSIONER OF SOCIAL
    SECURITY,
15
                    Defendant.
16

17

18          Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19  review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

20  Pending before the Court is the parties' stipulation, ECF No. 21, for a voluntary remand pursuant

21  to sentence four of § 405(g) for further administrative proceedings. Good cause appearing

22  therefor, the parties' stipulation for a voluntary remand is approved.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                                   1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.      This matter is remanded to the Commissioner of Social Security for further

3  administrative proceedings, which shall include a new administrative hearing before an

4  Administrative Law Judge and a new hearing decision;

5        2.      Plaintiff's motion for summary judgment, ECF No. 18, is denied as moot;

6  and

7        2.      The Clerk of the Court is directed to enter judgment and close this file.

8

9  Dated:  October 26, 2021

10                                                          _____

11                                                          DENNIS M. COTA
                                                            UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28