PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (510) 970-4811
    Facsimile: (415) 744-0134
E-mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ISSAC TIETJEN,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:20-cv-02065-DMC<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Issac Tietjen be awarded attorney fees and expenses in the amount of eight thousand five hundred dollars and no cents ($8,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920;

Stip. for Atty Fees; 2:20-cv-02065-DMC

2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Jared T. Walker.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Jared T. Walker, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Mr. Walker.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Jared T. Walker, including the Law Office of Jared T. Walker, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Mr. Walker or the Law Office of Jared T. Walker to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

The parties further agree that this stipulation should terminate the motion at Dkt. No. 24.

//
//
//
//
//
//
//

|   |   |
|---|---|
|   | Respectfully submitted, |

Dated: February 2, 2022

/s/ Jared T. Walker*
(*as authorized via email on February 1, 2022)
JARED T. WALKER
Attorney for Plaintiff

Dated: February 2, 2022

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ Allison J. Cheung
ALLISON J. CHEUNG
Special Assistant U.S. Attorney
Attorneys for Defendant

Stip. for Atty Fees; 2:20-cv-02065-DMC

<u>ORDER</u>

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  February 4, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE